IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.** NO. 4:24-CR-61

**VERA WALKER-NASH**

### ORDER

On July 6, 2024, Vera Walker-Nash moved to continue the July 22 trial date and related pretrial deadlines. Doc. #22. As cause, Walker-Nash represents that her counsel has been unable to investigate and complete an adequate review of an abundance of discovery material received from the government. *Id.* at PageID 35. Walker-Nash also represents that the government has no objection to the relief requested. *Id*.

Because the Court concludes that the ends of justice served by continuing trial—to allow Walker-Nash and her counsel sufficient time to review and investigate discovery material—outweigh the best interest of the public and Walker-Nash in a speedy trial, the motion to continue [22] is **GRANTED**.

Trial is continued to **Monday, August 26, 2024**; the plea agreement deadline and the motions-in-limine deadline both are August 5, 2024; the dispositive motions deadline is July 29, 2024; and the non-dispositive motions deadline is July 22, 2024.[1] The delay from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

---

[1] At the time Walker-Nash filed the motion to continue, the respective deadlines for dispositive motions and non-dispositive motions had expired. *See* Doc. #19 at 1. The Court extended these expired deadlines since this is the first time Walker-Nash requested their modification. Any future request to modify any expired pretrial deadline must include the requisite showing to be granted. *See* Fed. R. Crim. P. 45(b)(1)(B); *see also* Fed. R. Crim. P. 12(c)(3).

**SO ORDERED**, this 8th day of July, 2024.

<u>/s/Debra M. Brown</u>
**UNITED STATES DISTRICT JUDGE**
