IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CAUSE NUMBER: 4:24-cr-61-DMB-JMV

VERA WALKER-NASH     DEFENDANT

## ORDER DENYING
## DEFENDANT'S MOTION TO RECONSIDER PRETRIAL DETENTION ORDER

This matter came before the Court on Defendant's Motion to Reconsider Pretrial Detention Order, docket number [28]. The court having heard and considered the arguments of counsel finds the Motion to Reconsider Pretrial Detention Order should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshals Service pending disposition by the United States District Judge Debra M. Brown.

SO ORDERED, this the 25th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE